UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL SINGLETON,

        Petitioner,

-vs-                                      Case No. 8:03-cv-958-T-24 TBM

SECRETARY, DEPARTMENT OF
CORRECTIONS, ET AL.,

        Respondents.
_____/

**ORDER**

This cause comes before the Court on Petitioner's Application for Certificate of Appealability (Doc. No. 24) and Petitioner's Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. No. 25).

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Furthermore, the Court finds that to the extent that Petitioner is seeking this Court's permission to proceed on appeal without the prepayment of fees, the Court finds that the motion to proceed on appeal in forma pauperis should be denied because Petitioner's appeal lacks merit.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Petitioner's Application for Certificate of Appealability (Doc. No. 24) is

        **DENIED**; and

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

(2)     Petitioner's Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. No. 25) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 16th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Petitioner
Counsel of Record